In the Matter of the Claim of CAROLINE HOCHGESANG, on Behalf of Herself, ROBERT HOCHGESANG and CAROL J. HOCHGESANG, Appellant, against GENERAL CABLE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by claimant from a decision of the Workmen's Compensation Board rescinding a referee's award of death benefits to claimant and dismissing her claim upon the ground that there was no causal relation between decedent's accidental injury and his death several weeks later. The appeal presents only questions of fact the decision of which is sustained by evidence. Decision affirmed, without costs. All concur.

In the Matter of the Claim of JOSEPH GRANATO, Appellant, against DELAWARE & HUDSON RAILROAD CORPORATION, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from a decision of the State Industrial Board [now Workmen's Compensation Board], which affirmed the determination of a referee that claimant at the time of the accident was engaged in the furtherance of interstate commerce. The facts support the decision. Decision affirmed, without costs. All concur.

SARAH V. KINNEY, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Appeal from an order denying defendant's motion for summary judgment dismissing the complaint. The record shows there are questions of fact to be determined by a jury. Order affirmed, with $10 costs. Hill, P. J., Heffernan, Brewster and Lawrence, JJ., concur; Foster, J., taking no part. [See post, pp. 864, 960.]

GEORGE GRESENS, Appellant, v. ALBERT GRESENS, JR., Individually and as Administrator with the Will Annexed of the Estate of ALBERT GRESENS, SR., Deceased, et al., Respondents.— Appeal from an order denying plaintiff's motion to strike from the answer herein a defense alleging an equitable conversion of the real property sought to be partitioned in this action. Order affirmed, without costs. All concur.